# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00708-CV

**Four Seasons Solar Products, L.L.C., Appellant**

**v.**

**Charles A. Denney and Dorothy A. Denney, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. 2007-0128A, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss, explaining that they have settled

their dispute.  We grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(2).


_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Agreed Motion

Filed:   October 24, 2008